**FILED**
May 1, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LEON RAY EDWARDS, ) <br> ) <br> Defendant. ) | Case No. 2:08MJ00148-EFB-2 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __LEON RAY EDWARDS__, Case No. __2:08MJ00148-EFB-2__, Charge __21USC § 846, 841(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  __ Release on Personal Recognizance

    __  __ Bail Posted in the Sum of $_____

        __  __ Unsecured Appearance Bond

        __  __ Appearance Bond with 10% Deposit

        __  __ Appearance Bond with Surety

        __  __ Corporate Surety Bail Bond

        __✔__ (Other)        Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 1, 2008__ at __2:00 pm__.

By  /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court